**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                                   (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mercon Brasil Comércio de Café Ltda. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Mercon Brasil |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | __ __ – __ __ __ __ __ __ __ |
| 4. | **Debtor's address** | **Principal place of business**<br><br>Alameda do Café, 209 - 1° andar,<br>Number       Street<br><br>Jardim Andere - CEP 37.026-400<br><br>Varginha/MG, Brasil<br>City                      State      ZIP Code<br><br>_____<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City         State      ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number       Street<br><br>_____<br><br>_____<br>City         State      ZIP Code |
| 5. | **Debtor's website** (URL) | www.merconcoffeegroup.com |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 1

Debtor    Mercon Brasil Comércio de Café Ltda.                    Case number (*if known*)_____
         *Name*

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
|  |  | ☐ Partnership (excluding LLP) |
|  |  | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
| --- | --- | --- |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_4_ _2_ _4_ _5_

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br><br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>　☐ A plan is being filed with this petition.<br><br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |
| --- | --- | --- |

Debtor  Mercon Brasil Comércio de Café Ltda.          Case number *(if known)*_____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
           District _____ When _____ Case number _____
                                       MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes.  Debtor  See attached _____  Relationship _____
            District _____  When _____
                                                          MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                                Number      Street
                                _____
                                _____  _____
                                City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name     _____
            Phone            _____

---

**Statistical and administrative information**

Debtor  Mercon Brasil Comércio de Café Ltda.                    Case number (if known)_____
         Name

**13. Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☑ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets** (on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities** (on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/06/2023
             MM / DD / YYYY

X _____          Harve Light
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

| Debtor | Mercon Brasil Comércio de Café Ltda. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✘ /s/ Blaire Cahn

Signature of attorney for debtor

Date 12/06/2023
MM / DD / YYYY

Blaire Cahn
Printed name

Baker & McKenzie LLP
Firm name

452       Fifth Avenue
Number    Street

New York                                    NY       10012
City                                        State    ZIP Code

212-626-4695                                blaire.cahn@bakermckenzie.com
Contact phone                               Email address

4737276                                     NY
Bar number                                  State

## SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtors in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. Contemporaneously herewith, the Company is filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Mercon Coffee Corporation.

1. Agro International Holding B.V.
2. Cisa Export S.A.
3. Comercial Internacional de Granos de Honduras, S.A. de C.V.
4. Comercial Internacional Exportadora Sociedad Anónima or Comercial Internacional Exportadora, S.A.
5. Distribuidora de Granos de Nicaragua, Sociedad Anónima
6. Mercafe Vietnam LTD.
7. Mercapital de Nicaragua, Sociedad Anónima or Mercapital de Nicaragua, S.A.
8. Mercon B.V.
9. Mercon Brasil Comércio de Café Ltda.
10. Mercon Coffee Corporation
11. Mercon Guatemala, S.A.

1

Paul J. Keenan Jr. (*pro hac vice* pending)
John R. Dodd (*pro hac vice* pending)
Reginald Sainvil (*pro hac vice* pending)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
       john.dodd@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4695
Facsimile: 212-310-1695
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| MERCON BRASIL COMÉRCIO DE CAFÉ LTDA., | CASE NO. |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

| Name and Address | % Equity Interest |
|---|---|
| Mercon B.V.<br>De Ruijterkade 142, 1011 AC<br>Amsterdam, the Netherlands | 100% |

Paul J. Keenan Jr. (*pro hac vice* pending)
John R. Dodd (*pro hac vice* pending)
Reginald Sainvil (*pro hac vice* pending)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
　　　　john.dodd@bakermckenzie.com
　　　　reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4695
Facsimile: 212-310-1695
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON BRASIL COMÉRCIO DE CAFÉ LTDA., | Case No. |
| Debtor. _____/ | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are the corporations, other than a governmental unit, that directly own 10% or more of any class of the above-captioned debtor's equity interest:

| | |
|---|---|
| Mercon B.V. | 100% Owner |

| | Fill in this information to identify the case |
|---|---|
| | Debtor name <u>Mercon Coffee Corporation</u> |
| | United States Bankruptcy Court for the: <u>Southern</u> District of <u>New York</u> |
| | Case number (If known): _____ |

g  Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Stichting andgreen.fund (&Green) Basisweg 10, 1043AP, Amsterdam, The Netherlands | Johnny Brom +31 (0)70 744 8884 brom@sailventures.com | Subordinated Loan | | | | $20,000,000 |
| 2. | Crowdout Capital LLC 812 San Antonio St Suite 105 Austin, TX 78701 | Adam R. Weber 512.538.1883 aweber@crowdoutcapital.com | Subordinated Loan | | | | $20,000,000 |
| 3. | LaFise Nicaragua Centro Financiero LAFISE, Km. 5 1/2 Carretera Masaya Codigo Postal 14187 Managua, Nicaragua | Manuel Jerez (505) 2255-8888 Ext. 4244. mjerez@lafise.com | Bank Loan | | | | $19,490,776 |
| 4. | London Forfaiting 15 Austin Friars London, EC2N 2HE United Kingdom | Carlos Lunardini (+1) 212 377-2016 Carlos.Lunardini@forfaiting.com | Bank Loan | | | | $13,000,000 |
| 5. | Banco Agromercantil 7a. Avenida 7-30 Zona 9 Codigo Postal 01009 Ciudad de Guatemala Guatemala | Felipe Alfonso Galvez Berganza +502 2338- 6565 Ext.: 97691 felipe.galvez@bam.com.gt | Bank Loan | | | | $9,000,000 |
| 6. | Nederlandse Financierings- Maatschappij voor Ontwikkelingslanden N.V. (FMO) Anna van Saksenlaan 71 I P.O. Box 93060 2509 AB The Hague The Netherlands | Anton Timpers +31 (0)70 314 9778 a.timpers@fmo.nl | Subordinated Loan | | | | $5,000,000 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor __Mercon Coffee Corporation_____  Case number (*if known*)_____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. | Common Fund For Commodities Rietlandpark 301 1019 DW Amsterdam Netherlands | Ms. Tia Sudjarwo 0031 20 5754967 tia.sudjarwo@common-fund.org | Bank Loan | | | | $4,000,000 |
| 8. | Banco Internacional de Costa Rica Avenida Balboa y Calle Aquilino De La Guardia Código Postal: 081607810 Ciudad de Panamá Panamá | Karla Castillo - Ejecutivo Corporativo +505 8884-2096 kcastillo@bicsa.com | Bank Loan | | | | $3,500,000 |
| 9. | Banco Safra S.A. Av. Paulista 2100 6 Andar Sao Paulo Zip Code 01310-930 | Thiago de Castro Santos 55 11 2472-4133 castro.thiago@safra.com.br | Bank Loan | | | | $3,246,500 |
| 10. | BAC Panama Calle Aquilino De La Guardia Edificio BAC Credomatic Código Postal: 081906536 Ciudad de Panamá Panamá. | Ramiro Jesus Aguilar Ochoa (507) 6151-8196, (507) 6439-5496 RamiroAguilarO@pa.bac.net | Bank Loan | | | | $3,000,000 |
| 11. | BAC Nicaragua Centro Financiero BAC Km 4 1/2 Carretera a Masaya Código Postal 14125 Managua, Nicaragua | Myriam Caldera Gurdian (505) 2274-4444. (505) 8871 1314 mcaldera@baccredomatic.ni | Bank Loan | | | | $2,000,000 |
| 12. | Banco de Finanzas S.A. Centro Corporativo BDF Del Club Terraza 440m. al este Código Postal 14114 Managua, Nicaragua | Maria Felicia Otero Castilblanco +(505) 2276-8600 Ext 2075 +(505) 8720-1129 maria.otero@bdfnet.com | Bank Loan | | | | $2,000,000 |
| 13. | Zenith Group Advisors 445 Park Avenue 9th Floor New York, NY 10022 | Cole Reifler - 310 382 0211 creifler@zenithgroupadvisors.com | Trade | | | | $1,800,000 |
| 14. | Banco ABC Brasil S.A. AV. Cidade Jardim 803 2O Andar Sao Paulo/SP Zip Code 01453-000 | Michelle Amorim de Araujo Cunha 55 (31) 99885-9464 michelle.cunha@abcbrasil.com.br | Bank Loan | | | | $1,227,524 |
| 15. | Banco Santander (Brasil) S.A. Av. Pres. Juscelino Kubitschek 2041 - CJ 281, Bloco A, Cond. Wtorre JK - Vila Nova Conceição São Paulo-Sp Zip Code: 04543-011 | Rafael Carvalho de Souza 55 (35) 999507388 rafael.carvalho.de.souza@santander.com.br | Bank Loan | | | | $807,556 |

Debtor  Mercon Coffee Corporation     Case number (*if known*)_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16. Blendcoffee Comercio Exportacao E I Avenida Cerejeiras, 395 - Bairro Movelar. Linhares/ES | Julio Cesar Galon Moro (27) 99984-1250 Diretoria@blendcoffee.ind.br | Trade | | | | $589,804 |
| 17. Expocaccer – Matriz Av Faria Pereira. Patrocinio Minas Gerais 38740-514, Brasil | Rubstein 55 34 3839-9300 rubstein@expocaccer.com.br | Trade | | | | 585,283 |
| 18. Aklilu Kassa Chirrissa (Nardos Coffee Export) Akaky Kality Subcity, Woreda 05, House No. 9999, Addis Ababa, Ethiopia | Dessalegn Jena +251114667545/0298 dessalegnjena@gmail.com; info@nardoscoffee.com | Trade | | | | 350,266 |
| 19. Banapiña de Nicaragua, S.A. Oficina Asesores Legales Consortium, De donde fue el Hospital Militar, 1C. Al lago, 10 varas abajo, Managua, Nicaragua. | Carlos Taboada +505 2254-5454 ctaboada@consortiumlegal.com | Trade | | | | $179,124 |
| 20. Nova Safra Transportes Ltda Av. Otto Salgado, 700 Distrito Industrial Claudio Galvão De Nogueira, Varginha - MG 37026-690 | Viviane Maselli Spínola 55 (35) 3222-7676 (35) 99229-3913 comercial@novasafralog.com.br | Trade | | | | $169,570 |
| 21. Commodity Supplies AG 7975 NW 154th St Suite 200. Miami Lakes, FL 33016 United States | Kornelia Tiede +1 305-207-2954 kornelia.tiede@commodity.ch | Trade | | | | $146,322 |
| 22. Kerchanshe Trading plc 6th Floor, Africa Insurance Building, South African Street P.O. Box 19891 Addis Ababa, Ethiopia | Yigezu Legesse +251-11-3716370/+251-96-2414141 info@kerchanshe.com | Trade | | | | 143,519 |
| 23. Revolucao Transportes Ltda F Alameda Do Cafe, 195 - Jardim Andere – Varginha/ MG - Zip Code: 37026-400 | Lincoln Moreira Gabriel 55 (35) 3015-2706 (33) 99921-9561 lincoln.gabriel@revolucaotransportes.com.br | Trade | | | | $134,080 |
| 24. Jorge Luiz Maiolini Faz Cruz De Moisés, S/N, Zona Rural, Eloi Mendes - Mg. Zip Code: 31110-000 | Jorge Luiz Maiolini (35) 99988-2522 | Trade | | | | $129,326 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 3

Debtor  Mercon Coffee Corporation  Case number (*if known*)
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25. | Detech Coffee To dan pho Thap, Phuong Di Su, Thi xa My Hao, Tinh Hung Yen, Vietnam | Mr. Sinh - To dan pho Thap, Phuong Di Su, Thi xa My Hao, Tinh Hung Yen, Vietnam Mr Sinh - 0221 730 6688 sinh@detechcoffee.com | Trade | | | | $111,386 |
| 26. | M&M Cafe Ltda Avenida Melo Viana, 604. Manhuaçu, Minas Gerais 36902-290 | M&M Cafe Ltda 55 33 3331-1879 escritaservicoscontabeis@gmail.com; mbr.voucher@merconcorp.com | Trade | | | | $106,603 |
| 27. | Agroindustrias Unidas de México S.A. de C.V. (AMSA) Bosques de Alisos No 45-A 2do piso, Bosques las Lomas, Ciudad de México, DF, México. | Alfredo Bojalil +52 55 52576500 alfredo.bojalil@ecomtrading.com | Trade | | | | $86,321 |
| 28. | Revolucao Transportes Ltda BA Rua Maximo Matos, 6 SL1. Encruzilhada, Bahía 45150-000 | Lucas Moreira 55 3333316736 lucas.gabriel@revolucaotransportes.com.br | Trade | | | | $83,010 |
| 29. | Federacion Nacional de Cafeteros de Colombia Calle 73 Numero 8-13, Bogotá, Colombia | Germán Bahamón 31367003136600/3137317 german.bahamon@cafedecolombia.com | Trade | | | | $81,991 |
| 30. | Finca Churupampa Perú S.A.C. Cal Chinchipe SN Centro Chirinos. San Ignacio, Perú | Finca Churupampa Perú S.A.C. +51 949 605 978 contacto@fincachurupampa.com | Trade | | | | $75,905 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Mercon Brasil Comércio de Café Ltda.

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/06/2023
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Harve Light
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

| | |
|---|---|
| **WRITTEN RESOLUTION OF THE QUOTAHOLDERS OF MERCON BRASIL COMÉRCIO DE CAFÉ LTDA.** <br> CNPJ No. 16.921.431/0001-20 <br> NIRE 31.210.053.645 | **RESOLUÇÃO DAS SÓCIAS DA MERCON BRASIL COMÉRCIO DE CAFÉ LTDA.** <br> CNPJ/MF nº 16.921.431/0001-20 <br> NIRE 31.210.053.645 |

**Date and Time:** November 22, 2023 at 11h00.

**Place:** head office of **MERCON BRASIL COMÉRCIO DE CAFÉ LTDA.** (the "Company"), at Alameda do Café, 209, 1st floor, suites 101 and 102, Jardim Andere, Zip Code 37026-400, in the City of Varginha, State of Minas Gerais.

**Call:** The call formalities are waived in view of the presence of 100% of the Company's quotaholders pursuant to the provisions of Article 1072, Paragraph 2, of Law 10,406, of January 10, 2002.

**Attendance:** Quotaholders representing the totality of the Company's corporate capital, as follows ("**Quotaholders**"):

**I. MERCAFE TRADING MANAGEMENT CORP.**, a company organized and existing in accordance with the laws of Panama, with head office at Calle 53 Este. Marabella, Tower Swiss Bank, 2nd floor, Panama, enrolled with the Corporate Taxpayers' Registration ("CNPJ") under No. 15.569.210/0001-72, herein represented by its attorney-in-fact, ▮▮▮▮▮▮▮▮ a Brazilian citizen, married, lawyer, bearer of the Identity Card "RG" No. ▮▮▮▮▮▮▮ enrolled with the Individual Taxpayers' Registration ("CPF") under No. ▮▮▮▮▮▮ with office at ▮▮▮▮▮▮

**Data e Horário:** 22 de novembro de 2023 às 11h00.

**Local:** sede social da **MERCON BRASIL COMÉRCIO DE CAFÉ LTDA.** ("Sociedade"), na Alameda do Café, 209, 1º andar, salas 101 e 102, Jardim Andere, CEP 37026-400, na Cidade de Varginha, Estado de Minas Gerais.

**Convocação:** Ficam dispensadas as formalidades de convocação em virtude da presença de 100% das sócias da Sociedade, conforme faculta o Artigo 1.072, §2º da Lei nº 10.406, de 10 de janeiro de 2002.

**Presença:** Sócias representando a totalidade do capital social da Sociedade, a dizer ("**Sócias**"):

**I. MERCAFE TRADING MANAGEMENT CORP.**, uma sociedade constituída e existente de acordo com as leis do Panamá com sede em Calle 53 Este. Marabella, Torre Swiss Bank, 2º Piso, Panamá inscrita no CNPJ sob o nº 15.569.210/0001-72, neste ato representada por seu procurador, ▮▮▮▮▮▮ brasileiro, casado, advogado, portador da Cédula de Identidade "RG" ▮▮▮▮▮▮ inscrito no CPF sob ▮▮▮▮▮ com escritório na ▮▮▮▮▮▮

II. **MERCON B.V.**, a company organized and existing in accordance with the laws of the Netherlands, with head office at De Ruijterkade 142, 11011AC, Amsterdam, Netherlands, enrolled with the CNPJ under No. 26.119.218/0001-53, herein represented by its attorney-in-fact, ▮▮▮▮ identified above.

**Agenda**: Deliberate on **(a)** the filing of the Company's petition in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") seeking relief under Chapter 11, title 11 of the United States Bankruptcy Code (the "**Chapter 11 Filing**"); and **(b)** authorization to the officer and/or attorney-in-fact of the Company (each an "**Authorized Officer**") to perform any acts, verify and execute any documents required on behalf of the Company for the Chapter 11 Filing, including credit and financing documents and their amendments; **(c)** granting of a power of attorney by the Company to Mr. Harve Light; **(d)** to retain attorneys, accountants and other professionals and service provides to assist with the Chapter 11 Filing; and **(e)** ratify any act performed by the officer and/or attorney-in-fact of the Company regarding the above..

**Decisions taken by unanimous votes**: The Quotaholders have reviewed and considered the circumstances of the Company, including its current and future liabilities and strategic alternatives, and decided, by unanimous votes and without restrictions: **(a)** to approve the Chapter 11 Filing; **(b)** to authorize the Authorized Officers to take all steps and implement all the acts necessary or advisable for the Chapter 11 Filing, including to: (i) negotiate, execute, deliver and perform any credit agreements which the Company is a party ("**Credit Agreements**"), (ii) negotiate, execute, deliver and perform any and all

II. **MERCON B.V.**, uma sociedade constituída e existente de acordo com as leis dos Países Baixos, com sede em De Ruijterkade 142, 11011AC, Amsterdã, Países Baixos, inscrita no CNPJ sob o nº 26.119.218/0001-53, neste ato representada por seu procurador, ▮▮▮▮ acima qualificado.

**Ordem do dia**: Deliberar sobre **(a)** o ajuizamento da petição perante à Corte Norte-Americana de Falências do Distrito do Sul de Nova York ("**Corte**") para pleitear as medidas indicadas no Capítulo 11, título 11 do Código de Falências Norte-Americano ("**Processo do Capítulo 11**"); e **(b)** a autorização para que o diretor e/ou procurador da Sociedade (cada um destes, um "**Administrador Autorizado**") realize quaisquer atos, verifique e assine quaisquer documentos necessários em nome da Sociedade para a implementação do Processo do Capítulo 11, incluindo documentos de crédito e financiamento; **(c)** a outorga de procuração pela Sociedade ao Sr. Harve Light; **(d)** a contratar advogados, profissionais contábeis e demais prestadores de serviços para auxiliar no Processo do Capítulo 11 e **(e)** ratificar quaisquer atos praticados pelo diretor e/ou procurador da Sociedade com relação aos itens (acima.

**Deliberações tomadas por unanimidade dos votos**: As Sócias revisaram e consideraram as atuais circunstâncias da Sociedade, incluindo as futuras obrigações, estratégias e alternativas e decidem por unanimidade e sem restrições: **(a)** aprovar o ajuizamento do Processo do Capítulo 11; e **(b)** autorizar os Administradores Autorizados a tomar todos os passos necessários ou recomendáveis para dar início ao Processo do Capítulo 11, incluindo: (i) negociar, assinar, entregar e executar quaisquer contratos de crédito que a Sociedade seja parte ("**Contratos de Crédito**"), (ii) negociar,

| | |
|---|---|
| agreements or instruments on behalf of the Company in relation to the Chapter 11 Filing, including notes, security agreements, guarantees and fee letters (together with the Credit Agreements, the "**Financing Documents**"), as well as to amend, supplement and change such Financing Documents as the Authorized Office deems necessary, proper or desirable; and (iii) to do or cause to be done all such acts or things and to execute and deliver or file, or cause to be executed delivered or filed, under seal or otherwise, including before governmental and regulatory authorities, acknowledgments, affidavits, powers of attorney, agreements, certificates, documents, filings, instruments, letters, notices, recordings, statements, transactions, waivers or undertakings (including, without limitation, any and all certificates and notices required to be given or made under the terms, conditions or provisions of any of the agreements, documents or instruments executed therewith), in the name and on behalf of the Company required for the effectuation of the Chapter 11 Filing; **(c)** to authorize the granting of a power of attorney to Mr. Harve Light, with the term of validity as set forth in his engagement letter or, if earlier rovoked, and with powers to act on behalf of the Company in any judicial or other proceedings in any foreign country and to act in any way permitted by applicable foreign law, including, but not limited to (i) commencing a Wet Homologatie Onderhands Akkoord in the Netherlands, (ii) seeking recognition of the chapter 11 case of the Company in Brazil, and (iii) commencing a plenary insolvency proceeding or seeking recognition in an ancillary insolvency proceeding in any foreign country in any way permitted by applicable foreign law; and **(d)** to authorize the Authorized Officers to retain, on behalf of the Company, Baker & McKenzie LLP, Riveron Consulting, LLC, and such other attorneys, investment bankers, | assinar, entregar e executar todo e qualquer contrato ou documento em nome da Sociedade relacionada ao Processo do Capítulo 11, incluindo notas de crédito, instrumentos de constituição de garantias e contratos com instituições financeiras (juntamente com os Contratos de Crédito, os "**Operações Financeiras**"), bem como aditar, complementar e alterar os documentos das Operações Financeiras conforme o Administrador Autorizado considere necessário, adequado ou desejável; e (iii) realizar, ou fazer com que sejam realizados todos esses atos ou coisas e assinar e entregar ou protocolar, ou fazer com que sejam assinados e entregues ou protocolados, sob selo ou de outra forma, incluindo perante órgãos e entidades regulatórias e governamentais, reconhecimentos, declarações juramentadas, procurações, contratos, certificados, documentos, arquivamentos, instrumentos, cartas, avisos, gravações, declarações, transações, renúncias ou compromissos (incluindo, entre outros, todas e quaisquer certidões e notificações que devam ser entregues ou realizadas de acordo com os termos, condições ou disposições de qualquer um dos contratos, documentos ou instrumentos firmados), em nome e por conta da Sociedade para a implementação do Processo do Capítulo 11; **(c)** autorizar a outorga de uma procuração com poderes específicos ao Sr. Harve Light, por prazo estabelecido em sua carta de compromisso, ou caso antes seja revogada, com poderes para agir em nome da Sociedade em qualquer processo judicial ou outro procedimento em qualquer país estrangeiro e a agir de qualquer maneira permitida pela legislação estrangeira aplicável, incluindo, mas não se limitando a (i) iniciar um Acordo de Homologação Sobrevivente nos Países Baixos, (ii) buscar o reconhecimento do caso de capítulo 11 da Sociedade no Brasil e (iii) iniciar um processo de insolvência plenária ou buscar o reconhecimento em um processo de |

| | |
|---|---|
| accountants, financial advisors, claims and noticing agents, and other professionals or service providers to assist in the Chapter 11 Filing on such terms as are deemed necessary, proper, or desirable by the Authorized Officers. | insolvência subsidiário em qualquer país estrangeiro de qualquer maneira permitida pela legislação estrangeira aplicável; **(d)** autorizar os Administradores Autorizados a contratarem Baker & McKenzie LLP, Riveron Consulting, LLC, e outros advogados, bancos de investimentos, contadores, consultores financeiros, agentes de notificação e de demanda, e outros profissionais ou prestadores de serviços para auxiliar no Processo do Capítulo 11 conforme o Administrador Autorizado considere necessário, adequado ou desejável. |
| The Quotaholders also authorize the Company's officer to take all measures necessary to carry out the resolutions approved herein. Under the terms of the legislation in force, the transcription of this minutes of the Quotaholders' meeting in a specific book is waived. | Por fim, as Sócias autorizam o administrador da Sociedade a tomar todas as medidas necessárias para efetivar as deliberações ora aprovadas. Fica dispensada, nos termos da legislação vigente, a lavratura da presente ata de reunião de sócias em livro próprio. |
| **Reading of the Minutes:** There being no further matters to be discussed, the meeting was closed, these minutes were read, approved and signed in three (3) originals of equal content. | **Leitura da Ata:** Nada mais havendo para ser tratado, foi encerrada a reunião, lida a presente Ata, aprovada e devidamente assinada em 3 (três) vias originais de igual teor. |

**Quotaholders / Sócias:**



# POWER OF ATTORNEY

Varginha-MG 5 de dezembro, 2023

By this private instrument of power of attorney, **Mercon Brasil Comércio e Café Ltda.** (the "**Grantor**"), with principal offices in this Alameda do Café, 209, 1st floor, suites 101 and 102, Jardim Andere, Zip Code 37026-400, in the City of Varginha, State of Minas Gerais, registered with the General Taxpayers' Registry ("CNPJ") under No. 16.921.431/0001-20 and with the Commercial Board of the State of Minas Gerais under NIRE 31.210.053.645, herein represented by its General Manager, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓, a Brazilian citizen, married, accountant, bearer of the Identity Card "RG" No. ▓▓▓▓▓▓▓▓▓▓ and enrolled with Individual Taxpayer's Registry "CPF" under No. ▓▓▓▓▓▓▓▓, resident and domiciled at ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓, hereby appoints and constitutes as its lawful attorney-in-fact Mr. **Harve Light**, an American citizen, married, consultant, bearer of the US passport No. ▓▓▓▓▓▓ resident and domiciled at ▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Unites States of America, ("**Grantee**"), with powers to, represent the Grantor actively and passively, judicially and extra-judicially, in the performance of the following acts, being able, therefore: to a) execute, dissolve, rescind, amend, novate, renew, transfer, ratify and modify contracts or agreements of any nature; b) establish and maintain relations with any legal entities or

# P R O C U R A Ç Ã O

Pelo presente instrumento particular e na melhor forma de direito, **Mercon Brasil Comércio e Café Ltda.** ("**Outorgante**"), com sede na Alameda do Café, 209, 1º andar, salas 101 e 102, Jardim Andere, CEP 37026-400, na Cidade de Varginha, Estado de Minas Gerais, inscrita no CNPJ sob nº 16.921.431/0001-20, com contrato social registrado na Junta Comercial do Estado de Minas Gerais sob NIRE 31.210.053.645, neste ato representada por seu Gerente Geral, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ brasileiro, casado, economista, portador da Cédula de Identidade RG nº ▓▓▓▓▓▓▓▓▓▓ e inscrito no CPF sob nº ▓▓▓▓▓▓▓▓, residente e domiciliado em ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ neste ato nomeia e constitui seu bastante procurador o Sr. **Harve Light**, Americano, casado, consultor, portador do passaporte Americano nº ▓▓▓▓▓▓ residente e domiciliado em ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ Estados Unidos da América, ("**Outorgado/a**"), ao qual confere poderes para, individualmente, representar a Outorgante ativa e passivamente, judicial ou extrajudicialmente, na prática dos seguintes atos: a) celebrar, distratar, rescindir, alterar, novar, renovar, transferir, ratificar e retificar contratos e acordos de quaisquer natureza; b) estabelecer e manter as relações com quaisquer pessoas físicas ou jurídicas, representando-a perante qualquer autoridades

| | |
|---|---|
| individuals, and represent Grantor before any national and foreign governments and any other legal entities and individuals, in order to request, file, challenge or sign any necessary documents; and c) represent the Grantor before judicial courts and arbitration chambers, in claims of any nature, as well as commence and/or reach settlements, confess, compromise, relinquish, waive, receive and give release and enter into a commitment. Therefore, to practice all acts related to or connected with the full compliance with this power of attorney, always acting according to the limits and conditions set forth in the Grantor's Articles of Organization.<br><br>**This power of attorney shall remain in effect for the term defined in Mr. Harve Light engagement letter** | nacionais e estrangeiras, e qualquer personalidades, civis ou jurídicas, para requerer, promover, alegar, assinar o que for mister; e c) representar a Outorgante em cortes judiciais e câmaras arbitrais, em demandas de qualquer natureza, bem como iniciar e/ou realizar acordo, confessar, reconhecer a procedência do pedido, desistir, transigir, renunciar ao direito sobre que se funda a demanda, receber, dar quitação e firmar compromisso. Enfim, praticar todos os atos conexos e consequentes ao cabal desempenho do presente mandato, sempre agindo de acordo com os limites e condições estabelecidos no Contrato Social da Outorgante.<br><br>**A presente procuração será válida pelo período indicado na engagement letter do Sr. Harve Light.** |



6732513